

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00593-CR

---

Thomas Carl Norman
v.
The State of Texas

---

On Appeal from the
24th District Court of Jackson County, Texas
Trial Cause No. 2304-11441

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed in part, and the cause remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and REMANDED IN PART, and the case is REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

August 15, 2024